UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Air Transport Association of America, Inc. d/b/a Airlines for America, | Court File No. 24-cv-4657 (JWB/ECW) |
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION TO DISMISS COMPLAINT** |
| Nicole Blissenbach, in her official capacity as Commissioner of the Department of Labor and Industry, | |
| Defendant. | |

Defendant Nicole Blissenbach, sued in her official capacity as Commissioner of the Department of Labor, respectfully moves the Court to dismiss all claims brought against her by Plaintiff Air Transport Association of America.

Defendant's motion is based on failure to state a claim upon which relief can be granted. This motion is made pursuant to Fed. R. Civ. P. 12(b)(6), and is based upon the files, records and proceedings herein, including the memorandum of law filed and served herewith.

**Signature on following page.**

2

Dated: January 21, 2025

KEITH ELLISON
Attorney General
State of Minnesota

s/ **Janine Kimble**

JANINE KIMBLE (#0392032)
ANNA VEIT-CARTER (#0392518)
IAN TAYLOR, JR. (# 0401548)
Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1415 (Voice)
(651) 297-7206 (TTY)
janine.kimble@ag.state.mn.us

ATTORNEYS FOR DEFENDANT