## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Air Transport Association of America, Inc., *doing business as Airlines for America*,<br><br>  Plaintiff,<br><br>v.<br><br>Nicole Blissenbach, *in her official capacity as Commissioner of the Department of Labor and Industry*,<br><br>  Defendant. | Civ. No. 24-4657 (JWB/ECW)<br><br><br>**ORDER DENYING MOTION TO DISMISS** |

Alethea M. Huyser, Esq., Leah C. Janus, Esq., and Natasha T. Robinson, Esq., Fredrikson & Byron, P.A.; Alisha Nanda, Esq., Anne Rabon, Esq., Emily Jennings, Esq., and James R. Carroll, Esq., Skadden, Arps, Slate, Meagher & Flom LLP; and Chris A. Hollinger, Esq., and Molly Edgar, Esq., O'Melveny & Myers LLP, counsel for Plaintiff.

Anna L. Veit-Carter, Esq., Ian Wesley Taylor, Jr., Esq., and Janine Wetzel Kimble, Esq., Minnesota Attorney General's Office, counsel for Defendant.

For the reasons stated on the record at the May 14, 2025 hearing, Defendant's Motion to Dismiss Complaint (Doc. No. 21) is **DENIED**.

Date: May 14, 2025

  *s/ Jerry W. Blackwell*_____
  JERRY W. BLACKWELL
  United States District Judge