# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Air Transport Association of America, Inc.,  Case No. 24-cv-4657 (JWB/ECW)
d/b/A Airlines for America,

   Plaintiff,

v.

         **NOTICE OF WITHDRAWAL OF**
         **MICHAEL F. ROSENBLATT**

Nicole Blissenbach, in her official
capacity as Commissioner of the
Department of Labor and Industry,

   Defendant.

PLEASE TAKE NOTICE that pursuant to Rule 83.7(a) of the Local Rules of the

United States District Court for the District of Minnesota, the undersigned attorney

hereby notifies the Court and counsel that Michael F. Rosenblatt, attorney for Airlines for

America, hereby withdraws as counsel for Airlines for America.  Airlines for America

continues to be represented by the party's counsels of record.

Dated:  6/5/2026      /s/ Michael F. Rosenblatt